# Court of Appeals
# of the State of Georgia

ATLANTA,  April 03, 2024

*The Court of Appeals hereby passes the following order:*

## A24A1153, A24A1154, A24A1155. TIDD v. THE STATE.

Eric Wesley Tidd has moved to withdraw his appeals in the above referenced matters. Upon due consideration, we hereby GRANT the motion to withdraw filed in each of these appeals and deem the appeals WITHDRAWN.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  04/03/2024*

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*